| | |
|---|---|
| 1 | Robert L. Sallander Jr., SBN 118352 |
| | Matthew B. Ford, SBN 209019 |
| 2 | GREENAN, PEFFER, SALLANDER & LALLY LLP |
| | 6111 BOLLINGER CANYON ROAD, SUITE 500 |
| 3 | SAN RAMON, CA 94583 |
| | T: 925/866-1000 F: 925/830-8787 |
| 4 | rsallander@gpsllp.com |
| | mford@gpsllp.com |

**E-filed 7/5/05**

Attorneys for Defendant and Counter-Claimant
HOUSING AND DEVELOPMENT
SOFTWARE, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CITY OF SAN JOSE, | Case No. C04-05140 JF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION SESSION** |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive, | |
| Defendants. | |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, | |
| Counter-claimant, | |
| vs. | |
| CITY OF SAN JOSE and ROES 1-10, | |
| Counter-defendants. | |

## STIPULATION

WHEREAS, On April 8, 2005 the Court held an initial Case Management Conference in this matter. Pursuant to the stipulation of the parties, the Court, on April 11, 2005, ordered the matter to Early Neutral Evaluation ("ENE") and appointed Jack Russo, Esq. as the evaluator. The ENE was to be completed by July 8, 2005, which is also the date set by the Court for a Further Case Management

1  Conference.

2  WHEREAS, due to events outside the control of the parties and Mr. Russo, it will be impractical
3  to complete the ENE by the July 8, 2005 deadline.  Mr. Russo contacted the parties on June 10, 2005
4  to arrange for the ADR Local Rule 5-7 joint telephone conference.  Because of the parties' and Mr.
5  Russo's conflicting schedules, the parties were only able to schedule the joint telephone conference for
6  June 30, 2005 at 12:00 p.m.  Mr. Russo will be out of the state until July 5, 2005 and will be
7  conducting the joint telephone conference remotely.

8  WHEREAS, the parties, by and through their respective counsel of record, have agreed to
9  extend the deadline to complete the ENE.

10 WHEREAS, Mr. Russo has indicated that he has no objection to continuing the deadline to
11 complete the ENE.

12 WHEREAS, the parties request that the new deadline for the completion of the ENE be
13 September 9, 2005 consistent with the proposed order below.

14

15 Dated: June 27, 2005                              GREENAN, PEFFER, SALLANDER &
                                                    LALLY LLP
16

17                                                  By: s/Matthew B. Ford
                                                        Matthew B. Ford
18                                                      Attorneys for Defendant and Counter-
                                                        claimant HOUSING AND
19                                                      DEVELOPMENT SOFTWARE, LLC

20
   Dated:  June 27, 2005                            OFFICE OF THE CITY ATTORNEY
21

22                                                  By: s/Robert Fabela
                                                        Robert Fabela
23                                                      Attorneys for Plaintiff and Counter-
                                                        defendant CITY OF SAN JOSE
24

25

26

27

28 F:\LIT\HDS\Pleadings\Stip and Order to Continue ENE.wpd

1 | ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2 | I attest that concurrence in the filing of this document by the signatories, Matthew B. Ford and
3 | Robert Fabela, have been obtained, and that a record of the concurrence shall be maintained at the
4 | office of Greenan, Peffer, Sallander & Lally LLP.

5 | Date: June 27, 2005

6 |                                                        /s/ Matthew B. Ford

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>　　　　　Defendants.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>　　　　　Counter-claimant,<br><br>vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>　　　　　Counter-defendants. | Case No. C04-05140 JF<br><br>**ORDER EXTENDING THE DEADLINE TO CONDUCT EARLY NEUTRAL EVALUATION SESSION** |

The Parties' request for an extension of time to complete the Early Neutral Evaluation ("ENE") in this matter is GRANTED. The deadline to complete the ENE in this matter is now **September 9, 2005**. IT IS SO ORDERED.

Dated: 7/5_____, 2005

electronic signature authorized
JEREMY FOGEL
United States District Judge