-1-

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)    **E-filed 8/25/05**
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5
   Attorneys for Plaintiff
6  CITY OF SAN JOSE

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CITY OF SAN JOSE,                  | Case Number: C04-05140 JF
12 |                   Plaintiff,       | **STIPULATION AND [PROPOSED]
                                        | ORDER TO EXEND THE DEADLINE
13 |           vs.                      | TO COMPLETE THE EARLY
                                        | NEURTRAL EVAUATION SESSION**
14 | HOUSING & DEVELOPMENT              |
   | SOFTWARE, LLC, and DOES 1-20,      |
15 | inclusive,                         |
16 |                   Defendants.      |
17 |                                    |
   | HOUSING & DEVELOPMENT              |
18 | SOFTWARE, LLC,                     |
19 |              Counter-claimant,     |
20 |           vs.                      |
21 | CITY OF SAN JOSE and ROES 1-10,    |
22 |             Counter-defendants.    |
23

24                        **STIPULATION**

25     WHEREAS, on April 8, 2005 the Court held an Initial Case Management Conference in

26 this matter.  Pursuant to the stipulation of the parties, the Court, on April 11, 2005, ordered the

27 matter to Early Neutral Evaluation ("ENE") and appointed Jack Russo, Esq. as the evaluator.

28 The ENE was to be completed by July 8, 2005.

-1-

-2-

1  WHEREAS, this Court graciously granted the parties' previous request to extend the
2  deadline to complete the ENE to September 9, 2005, which is also the date set by the Court
3  for a Further Case Management Conference.
4  WHEREAS, the parties, despite their best efforts, will not be able to complete the ENE,
5  and the agreed-upon pre-ENE discovery, as originally scheduled,
6  WHEREAS, Mr. Russo has indicated that he has no objection to continuing the deadline
7  to complete the ENE.
8  THEREFORE, the parties hereby request that then new deadline for the completion of
9  the ENE be continued to October 31, 2005, consistent with the proposed order below, and that
10  the Case Management Conference be continued as well.
11
12  Dated:  August 22, 2005                          RICHARD DOYLE, City Attorney
13
14                                                  By:   /s/ Robert Fabela
15                                                       ROBERT FABELA
                                                         Sr. Deputy City Attorney
16
17                                                       Attorneys for Plaintiff and Counter-
                                                         defendant CITY OF SAN JOSE
18
19  Dated:  August 22, 2005                          GREENAN, PEFFER, SALLANDER &
                                                    LALLY LLP
20
21
22                                                  By:   /s/ Matthew B. Ford
                                                         MATTHEW B.FORD
23
                                                         Attorneys for Defendant and
24                                                       Counter-claimant HOUSING &
                                                         DEVELOPMENT SOFTWARE, LLC
25
26
27
28

-2-

1  ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2  I attest that concurrence in the filing of this document by the signatories, Robert Fabela
3  and Matthew B. Ford, has been obtained, and that a record of the concurrence shall be
4  maintained at the Office of the City Attorney.
5  Date:  August 22, 2005

6  By:    /s/ Robert Fabela
       ROBERT FABELA

**E-filed 8/25/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>        Plaintiff,<br><br>        vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>        Defendants. | Case Number: C04-05140 JF<br><br>[PROPOSED] ORDER TO EXEND THE DEADLINE TO COMPLETE THE EARLY NEURTRAL EVAUATION SESSION |
| HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>        Counter-claimant,<br><br>        vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>        Counter-defendants. | |

    The Parties' request for an extension of time to complete the Early Neutral Evaluation ("ENE") in this matter is granted. The deadline to complete the ENE in this matter is now October 31, 2005. Furthermore, the Case Management Conference, originally scheduled for September 9, 2005, shall be continued to __11/4/05 at 10:30_____.

IT IS SO ORDERED.

Date: August __25__, 2005

/s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge