1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5
   Attorneys for Plaintiff
6  CITY OF SAN JOSE

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  CITY OF SAN JOSE,                          Case Number:  C04-05140 JF

12                    Plaintiff,               **STIPULATION AND [PROPOSED]
                                               ORDER TO CONTINUE CASE
13              vs.                            MANAGEMENT CONFERENCE AND
                                               ENE DEADLINE**
14  HOUSING & DEVELOPMENT
    SOFTWARE, LLC, and DOES 1-20,
15  inclusive,

16                    Defendants.

17  _____

    HOUSING & DEVELOPMENT
18  SOFTWARE, LLC,

19                    Counter-claimant,

20              vs.

21  CITY OF SAN JOSE and ROES 1-10,

22                    Counter-defendants.

23  _____

24                          **STIPULATION**

25      The parties hereby jointly request a continuation of the Case Management

26  Conference, currently scheduled for November 4, 2005, and the Early Neutral Evaluation

27  deadline, based on the following stipulated facts:

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT          C04-05140 JF
CONFERENCE AND ENE DEADLINE                                          330492

1    (1)  On April 8, 2005 the Court held an Initial Case Management Conference in this

2 matter.  Pursuant to the stipulation of the parties, the Court, on April 11, 2005, ordered the

3 matter to Early Neutral Evaluation ("ENE") and appointed Jack Russo, Esq. as the evaluator.

4    (2)  On August 25, 2005, the Court extended the deadline for completion of the ENE

5 to October 31, and scheduled a case management conference for November 4, 2005;

6    (3)  The parties scheduled the ENE with evaluator Jack Russo for October 24, 2005

7 and the deposition of Defendant's CEO, Matt Gilson, for October 20, in anticipation of the

8 ENE;

9    (4)  On October 19, 2005, Mr. Russo requested that the parties agree to reschedule

10 the ENE because of an unanticipated conflict, and Mr. Gilson had to cancel the deposition to

11 return to Florida in order to prepare for Hurricane Wilma;

12    (5)  The parties have since begun settlement discussions in an effort to resolve this

13 matter; and

14    (6)  The parties are anticipating rescheduling the ENE and deposition to December or

15 January, in case a settlement cannot be reached.

16    THEREFORE, the parties hereby jointly request that the new deadline for the

17 completion of the ENE be continued to January 31, 2006, consistent with the proposed order

18 below, and that the Case Management Conference be continued as well.

19

20 Dated:  November 2, 2005                    RICHARD DOYLE, City Attorney

21

22                                          By:__/s/ Robert Fabela_____
                                             ROBERT FABELA
                                             Sr. Deputy City Attorney
23
                                             Attorneys for Plaintiff and Counter-
24                                           defendant CITY OF SAN JOSE

25

26

27

28

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT                    C04-05140 JF
CONFERENCE AND ENE DEADLINE                                                     330492

1   Dated:  November 2, 2005                          GREENAN, PEFFER, SALLANDER &
                                                      LALLY LLP
2

3                                                     By:  ___/s/ Matthew B. Ford_____
                                                           MATTHEW B.FORD
4

5                                                     Attorneys for Defendant and
                                                      Counter-claimant HOUSING &
6                                                     DEVELOPMENT SOFTWARE, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1  ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2      I attest that concurrence in the filing of this document by the signatories, Robert

3  Fabela and Matthew B. Ford, has been obtained, and that a record of the concurrence shall

4  be maintained at the Office of the City Attorney.

5  Date:  November 2, 2005                    By:___/s/ Robert Fabela_____
                                                  ROBERT FABELA
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT             C04-05140 JF
CONFERENCE AND ENE DEADLINE                                              330492

**E-filed 11/3/05**

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    CITY OF SAN JOSE,                        Case Number:  C04-05140 JF

9                    Plaintiff,              **ORDER TO CONTINUE
                                             CASE MANAGEMENT CONFERENCE
10              vs.                           AND ENE DEADLINE**

11   HOUSING & DEVELOPMENT
     SOFTWARE, LLC, and DOES 1-20,
12   inclusive,

13              Defendants.

14   
     HOUSING & DEVELOPMENT
15   SOFTWARE, LLC,

16                  Counter-claimant,

17              vs.

18   CITY OF SAN JOSE and ROES 1-10,

19                  Counter-defendants.

20

21       The Parties' request for an extension of time to complete the Early Neutral Evaluation

22   ("ENE") in this matter is granted.  The deadline to complete the ENE in this matter is now

23   January 31, 2006.   Furthermore, the Case Management Conference, scheduled for

24   November 4, 2005, shall be continued to _____2/3/06 at 10:30_____.

25    IT IS SO ORDERED.

26

27   Date:  November _3_, 2005            /s/electronic signature authorized
                                          _____
28                                        JEREMY FOGEL
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT            C04-05140 JF
CONFERENCE AND ENE DEADLINE                                            330492