1  Robert L. Sallander Jr., SBN 118352
   Matthew B. Ford, SBN 209019
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   PO BOX 10
3  6111 BOLLINGER CANYON ROAD, SUITE 500
   SAN RAMON, CA  94583-0010
4  PHONE: (925) 866-1000
   FAX: (925) 830-8787
5  rsallander@gpsllp.com
   mford@gpsllp.com
6
   Attorneys for Defendant and Counter-Claimant
7  HOUSING AND DEVELOPMENT
   SOFTWARE, LLC
8                                                              **E-filed 1/27/06**

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

(SAN JOSE DIVISION)

11

| | | |
|---|---|---|
| 12 | CITY OF SAN JOSE, | ) | Case No. C04-05140 JF |
| 13 | Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | | ) | **ORDER TO CONTINUE CASE** |
| 14 | vs. | ) | **MANAGEMENT CONFERENCE AND** |
| | | ) | **ENE DEADLINE, OR** |
| 15 | HOUSING & DEVELOPMENT | ) | **ALTERNATIVELY, TO WAIVE ENE** |
| | SOFTWARE, LLC, and DOES 1-20, | ) | **PARTICIPATION AND SET TRIAL** |
| 16 | inclusive, | ) | **DATE** |
| 17 | Defendants. | ) | |
| 18 | | ) | |
| | HOUSING & DEVELOPMENT | ) | |
| 19 | SOFTWARE, LLC, | ) | |
| 20 | Counter-claimant, | ) | |
| 21 | vs. | ) | |
| 22 | CITY OF SAN JOSE and ROES 1-10, | ) | |
| 23 | Counter-defendants. | ) | |

24                                    **STIPULATION**

25        The Parties hereby jointly submit the following stipulation and proposed order in anticipation of

26  the Case Management Conference, currently scheduled for February 3, 2006 with an Early Neutral

27  Evaluation deadline of January 31, 2006, based on the following stipulated facts:

28

1  WHEREAS, on April 8, 2005 the Court held an Initial Case Management Conference in this

2  matter.  Pursuant to the stipulation of the Parties, the Court, on April 11, 2005, ordered the matter to

3  Early Neutral Evaluation ("ENE") and appointed Jack Russo, Esq. as the evaluator;

4  WHEREAS, on August 25, 2005, the Court extended the deadline for completion of the ENE to

5  October 31, and scheduled a Case Management Conference for November 4, 2005;

6  WHEREAS, the parties scheduled the ENE with evaluator Jack Russo for October 24, 2005

7  and the deposition of Defendant's CEO, Matt Gilson, for October 20, 2005 in anticipation of the ENE;

8  WHEREAS, on October 19, 2005, Mr. Russo requested that the Parties agree to reschedule the

9  ENE because of an unanticipated conflict, and Mr. Gilson had to cancel the deposition and the ENE to

10  return to his home state of Florida to prepare for Hurricane Wilma;

11  WHEREAS, since late October 2005, the parties have had earnest settlement discussions that

12  may obviate the need for any alternative dispute resolution, including an ENE;

13  WHEREAS, because of the Parties' schedules, including matters set for trial, the Parties and Mr.

14  Russo were unable to arrange an acceptable time to conduct the ENE prior to the January 31, 2006

15  deadline, despite diligent attempts to do so;

16  WHEREAS, the Parties anticipate rescheduling the ENE to February or March 2005 in the

17  event a settlement cannot be reached;

18  WHEREAS, Mr. Russo has indicated he has no objection to scheduling the ENE in February or

19  March 2006;

20  WHEREAS, alternatively, because of the settlement posture of this matter, the Parties are

21  prepared to dispense with the ENE process, attend the currently scheduled Case Management

22  Conference on February 3, 2006 and obtain a trial date for sometime in the fall of 2006;

23  THEREFORE, the Parties hereby jointly request that the new deadline for the completion of the

24  ENE be continued to March 31, 2006, and that the Case Management Conference be continued

25  accordingly, or;

26  ALTERNATIVELY, the parties hereby jointly request that the Court waive the Parties' ENE

27  requirement and set the case for trial in the fall 2006 at the February 3, 2006 Case Management

28  Conference.

2

1    Dated: January 25, 2006                    GREENAN, PEFFER, SALLANDER &
                                                LALLY LLP
2

3
                                                By:  s/Matthew B. Ford
4                                                     MATTHEW B. FORD

5                                               Attorneys for Defendant and Counter-claimant
                                                HOUSING & DEVELOPMENT SOFTWARE, LLC
6

7

8
     Dated: January 25, 2006                    RICHARD DOYLE, City Attorney
9

10
                                                By:  s/Robert Fabela
11                                                    ROBERT FABELA

12                                              Sr. Deputy City Attorney
                                                Attorneys for Plaintiff and Counter-defendant CITY
13                                              OF SAN JOSE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1   ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2          I attest that concurrence in the filing of this document by the signatories, Robert Fabela and

3   Matthew B. Ford, has been obtained, and that a record of the concurrence shall be maintained at the

4   Office of Greenan, Peffer, Sallander & Lally LLP.

5   Date: January 25, 2006                              By:_____s/ Matthew B. Ford_____

6                                                                  MATTHEW B. FORD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**E-filed 1/27/06**

1

2

3

4

5                                        UNITED STATES DISTRICT COURT

6                                      NORTHERN DISTRICT OF CALIFORNIA

7    CITY OF SAN JOSE,                            )     Case No. C04-05140 JF
                                                  )
8                    Plaintiff,                   )     **STIPULATION AND [~~PROPOSED~~]
                                                  )     ORDER TO CONTINUE CASE
9    vs.                                          )     MANAGEMENT CONFERENCE AND
                                                  )     ENE DEADLINE, [OR
10   HOUSING & DEVELOPMENT                        )     ALTERNATIVELY, TO WAIVE ENE
     SOFTWARE, LLC, and DOES 1-20,               )     PARTICIPATION AND SET TRIAL
11   inclusive,                                  )     DATE AT CASE MANAGEMENT
                                                  )     CONFERENCE]**
12                   Defendants.                  )
                                                  )
13                                                )
     AND RELATED COUNTERCLAIM.                   )
14                                                )

15       [The Parties' request for an extension of time to complete the Early Neutral Evaluation ("ENE")

16   in this matter is GRANTED.  The deadline to complete the ENE in this matter is now March 31, 2006.

17   Furthermore, the Case Management Conference, scheduled for February 3, 2006 shall be continued to

18   __ 4/28/06 ____, 2006.]

19   OR

20       [~~The Parties' request that their participation in the previously ordered ENE process is WAIVED.~~

21   ~~The Parties are to appear at the Case Management Conference on February 3, 2006 to set a trial date~~

22   ~~and related discovery and motion deadlines.~~]   JF     Hearing on Feb. 3 is continued to 4/28/06.

23   IT IS SO ORDERED.

24   Date: January 27, 2006                              _____

25                                                       JEREMY FOGEL
                                                         United States District Judge

26

27   F:\LIT\HDS\Pleadings\Stip & Order re Continuance of CMC and ENE.wpd

28

STIPULATION AND [PROPOSED] ORDER