1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5
   Attorneys for Plaintiff
6  CITY OF SAN JOSE

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  CITY OF SAN JOSE,                    Case Number:  C04-05140 JF

12                    Plaintiff,         **STIPULATION AND [PROPOSED]**
                                         **ORDER TO EXTEND THE DEADLINE**
13          vs.                          **TO DISCLOSE REBUTTAL EXPERTS**
                                         **AND EXCHANGE EXPERT WITNESS**
14  HOUSING & DEVELOPMENT                **REPORTS**
    SOFTWARE, LLC, and DOES 1-20,
15  inclusive,

16                    Defendants.

17  ─────────────────────────────

18  HOUSING & DEVELOPMENT
    SOFTWARE, LLC,
19
                      Counter-claimant,
20
            vs.
21
    CITY OF SAN JOSE and ROES 1-10,
22
                      Counter-defendants.
23

24                          **STIPULATION**

25          WHEREAS, pursuant to the parties' Second Joint Case Management Statement, as

26  adopted in the Court's January 19, 2007 Civil Minute Order, the parties were scheduled to

27  disclose rebuttal experts by March 17, 2007 and exchange expert reports by April 17, 2007;

28

1    WHEREAS, the parties are still engaging in settlement discussions and want to avoid

2  having to expend resources in preparing the expert reports while at the same time making

3  efforts to settle this case;

4    THEREFORE, the parties hereby agree that the interests of economy and justice

5  would be served by continuing the date by which the parties may disclose rebuttal experts to

6  May 10, 2007 and continuing the date by which the parties must exchange expert reports to

7  May 31, 2007.

8

9  Dated:  April 25, 2007                      RICHARD DOYLE, City Attorney

10

11                                            By:   /s/ Robert Fabela_____

12                                                ROBERT FABELA
                                                   Sr. Deputy City Attorney

13
                                                   Attorneys for Plaintiff and Counter-
14                                                 defendant CITY OF SAN JOSE

15

16  Dated:  April 25, 2007                     GREENAN, PEFFER, SALLANDER &
                                                LALLY LLP
17

18                                            By:   /s/ Rozy Lahlouh_____

19                                                ROZY LAHLOUGH

20                                                 Attorneys for Defendant and
21                                                 Counter-claimant HOUSING &
                                                   DEVELOPMENT SOFTWARE, LLC
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXEND THE DEADLINE RE: EXPERT                C04-05140 JF
WITNESSES                                                                                       406927

1     ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2     I attest that concurrence in the filing of this document by the signatories, Robert

3 Fabela and Rozy Lahlouh, has been obtained, and that a record of the concurrence shall be

4 maintained at the Office of the City Attorney.

5 Date:  April 25, 2007

6                                     By:   /s/ Robert Fabela

7                                        ROBERT FABELA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXEND THE DEADLINE RE: EXPERT WITNESSES    C04-05140 JF
406927

**E-filed 4/27/07**

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    CITY OF SAN JOSE,                    Case Number:  C04-05140 JF

8                 Plaintiff,              [PROPOSED] ORDER TO EXEND THE
                                          DEADLINE TO DISCLOSE REBUTTAL
9          vs.                            EXPERTS AND EXCHANGE EXPERT
                                          WITNESS REPORTS
10   HOUSING & DEVELOPMENT
     SOFTWARE, LLC, and DOES 1-20,
11   inclusive,

12                 Defendants.

13

14   HOUSING & DEVELOPMENT
     SOFTWARE, LLC,
15
                   Counter-claimant,
16
           vs.
17

18   CITY OF SAN JOSE and ROES 1-10,

19                 Counter-defendants.

20

21        The Parties' request for an extension of time to disclose rebuttal experts and

22   exchange expert witness reports in this matter is granted.  The deadline to disclose rebuttal

23   experts is now May 10, 2007 and the date to exchange expert reports is now May 31, 2007.

24   All other dates set forth in the parties' Second Joint Case Management Statement, as

25   adopted in the Court's January 19, 2007 Civil Minute Order, shall remain the same.

26    IT IS SO ORDERED.

27   Date:  April 27, 2007              _____
                                        JEREMY FOGEL
28                                      United States District Judge

-4-

[PROPOSED] ORDER TO EXTEND THE DEADLINE RE: EXPERT WITNESSES          C04-05140 JF
                                                                     406927