**E-filed 5/31/07**

1 RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
2 ROBERT FABELA, Sr. Deputy City Attorney (#148098)
Office of the City Attorney
3 200 East Santa Clara Street
San Jose, California 95113
4 Telephone: (408) 535-1900
Facsimile:  (408) 998-3131
5
Attorneys for Plaintiff
6 CITY OF SAN JOSE

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 CITY OF SAN JOSE,<br>12              Plaintiff,<br>13        vs.<br>14 HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20,<br>15 inclusive,<br>16              Defendants.<br>17<br>18 HOUSING & DEVELOPMENT SOFTWARE, LLC,<br>19              Counter-claimant,<br>20        vs.<br>21 CITY OF SAN JOSE and ROES 1-10,<br>22              Counter-defendants. | Case Number:  C04-05140 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PRE-TRIAL DISCOVERY DATES** |

23

24                                   **STIPULATION**

25       WHEREAS, pursuant to the parties' Second Joint Case Management Statement, as

26 adopted in the Court's January 19, 2007 Civil Minute Order, the parties were scheduled to

27 disclose rebuttal experts by March 17, 2007 and exchange expert reports by April 17, 2007;

28

-1-

-2-

1  WHEREAS, the parties are still engaging in settlement discussions and want to avoid
2  having to expend resources in preparing the expert reports while at the same time making
3  efforts to settle this case;
4  THEREFORE, the parties hereby agree that the interests of economy and justice
5  would be served by agreeing to the following pre-trial discovery deadlines:

6      Non-expert discovery cut-off            June 30, 2007
7      Mutual exchange of expert reports        July 15, 2007
8      Expert discovery cut-off                  July 31, 2007

10 Dated:  May 22, 2007                    RICHARD DOYLE, City Attorney

12                                       By:  /s/ Robert Fabela
13                                            ROBERT FABELA
                                           Sr. Deputy City Attorney

                                           Attorneys for Plaintiff and Counter-
                                           defendant CITY OF SAN JOSE

17 Dated:  May 22, 2007                    GREENAN, PEFFER, SALLANDER &
                                           LALLY LLP

                                        By:  /s/ Canon Young
                                           CANON YOUNG

                                           Attorneys for Defendant and
                                           Counter-claimant HOUSING &
                                           DEVELOPMENT SOFTWARE, LLC

1  ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2  I attest that concurrence in the filing of this document by the signatories, Robert
3  Fabela and Canon Young, has been obtained, and that a record of the concurrence shall be
4  maintained at the Office of the City Attorney.
5  Date: May 22, 2007

6                                          By:   /s/ Robert Fabela
                                                 ROBERT FABELA
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>        Plaintiff,<br><br>vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>        Defendants. | Case Number:  C04-05140 JF<br><br>**[PROPOSED] ORDER TO EXEND THE DEADLINE TO EXTEND THE PRE-TRIAL DISCOVERY DATES** |
| HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>        Counter-claimant,<br><br>vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>        Counter-defendants. | |

The Parties' request for an extension of time to extend certain pre-trial discovery dates is hereby granted.  The following deadlines shall now apply:

| | |
|---|---|
| Non-expert discovery cut-off | June 30, 2007 |
| Mutual exchange of expert reports | July 15, 2007 |
| Expert discovery cut-off | July 31, 2007 |

-5-

1  All other dates set forth in the parties' Second Joint Case Management Statement, as
2  adopted in the Court's January 19, 2007 Civil Minute Order, and the court's April 27, 2007
3  order, shall remain the same.
4  IT IS SO ORDERED.
5  Date:  May 31, 2007

_____
JEREMY FOGEL
United States District Judge