**E-filed 7/13/07**

1 | RICHARD DOYLE, City Attorney (#88625)
2 | NORA FRIMANN, Chief Trial Attorney (#93249)
  | ROBERT FABELA, Sr. Deputy City Attorney (#148098)
3 | Office of the City Attorney
  | 200 East Santa Clara Street
4 | San Jose, California 95113
  | Telephone: (408) 535-1900
5 | Facsimile:  (408) 998-3131

Attorneys for Plaintiff
CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>    Plaintiff,<br><br>vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>    Defendants.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>    Counter-claimant,<br><br>vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>    Counter-defendants. | Case Number:  C04-05140 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND PRE-TRIAL SCHEDULE** |

**STIPULATION**

WHEREAS, pursuant to Court's January 19, 2007 Civil Minute Order, this matter was scheduled for trial beginning September 21, 2007;

WHEREAS, the parties are continuing settlement discussions, and have recently exchanged draft settlement terms which include a separate licensing agreement component;

WHEREAS, although the conclusion of the settlement process has taken longer than anticipated, the parties believe that it is more likely than not that they will be able to resolve this matter informally, and wish to avoid having to expend resources in taking discovery and preparing for trial;

THEREFORE, the parties hereby agree that the interests of economy and justice would be served by continuing the trial currently scheduled to begin on September 21, 2007, and agreeing to the following trial and pre-trial schedule:

| | |
|---|---|
| Non-expert discovery cut-off | November 30, 2007 |
| Mutual exchange of expert reports | December 14, 2007 |
| Expert discovery cut-off | January 15, 2008 |
| Joint Pre-trial statement due | January 22, 2008 |
| Pre-trial conference | February 1, 2008 |
| Trial | February 15, 2008 |

Dated: June 27, 2007                    RICHARD DOYLE, City Attorney


By:  /s/ Robert Fabela
       ROBERT FABELA
       Sr. Deputy City Attorney

Attorneys for Plaintiff and Counter-defendant CITY OF SAN JOSE


Dated: June 27, 2007                    GREENAN, PEFFER, SALLANDER & LALLY LLP


By:  /s/ Robert Sallander
       ROBERT SALLANDER

Attorneys for Defendant and Counter-claimant HOUSING & DEVELOPMENT SOFTWARE, LLC

-2-

| | |
|---|---|
| 1 | ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING: |
| 2 | I attest that concurrence in the filing of this document by the signatories, Robert |
| 3 | Fabela and Robert Sallander, has been obtained, and that a record of the concurrence shall |
| 4 | be maintained at the Office of the City Attorney. |
| 5 | Date: June 27, 2007 |
| 6 | By:  /s/ Robert Fabela |
| 7 |            ROBERT FABELA |

**E-filed 7/13/07**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>　　　　　Defendants.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>　　　　　Counter-claimant,<br><br>　　　vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>　　　　　Counter-defendants. | Case Number:  C04-05140 JF<br><br>[~~PROPOSED~~] ORDER TO EXEND THE DEADLINE TO EXTEND THE PRE-TRIAL DISCOVERY DATES |

　　　The Parties' request to continue the trial and the pre-trial schedule is hereby granted. The following schedule shall now apply:

| | |
|---|---|
| Non-expert discovery cut-off | November 30, 2007 |
| Mutual exchange of expert reports | December 14, 2007 |
| Expert discovery cut-off | January 15, 2008 |
| Joint Pre-trial statement due | January 22, 2008 |
| Pre-trial conference | February 1, 2008 |
| Trial | February 15, 2008 |

-5-

1  IT IS SO ORDERED.

2  Date: ~~June ___, 2007~~ 7/13/07

                                                JEREMY FOGEL
                                                United States District Judge