1  Robert L. Sallander Jr., SBN 118352
   Canon T. Young, SBN 189142
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   PO BOX 10
3  6111 BOLLINGER CANYON ROAD, SUITE 500
   SAN RAMON, CA  94583-0010
4  PHONE: (925) 866-1000
   FAX: (925) 830-8787
5  rsallander@gpsllp.com
   cyoung@gpsllp.com
6

7  Attorneys for Defendant and Counter-Claimant
   HOUSING AND DEVELOPMENT
8  SOFTWARE, LLC

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN JOSE DIVISION)

12

|  |  |  |
|---|---|---|
| CITY OF SAN JOSE, | ) | Case No. C04-05140 JF |
| Plaintiff, | ) | **STIPULATION TO EXEND THE** |
| | ) | **DEADLINE TO NOTIFY THE COURT** |
| vs. | ) | **OF FAILURE TO DELIVER** |
| HOUSING & DEVELOPMENT | ) | **CONSIDERATION** |
| SOFTWARE, LLC, and DOES 1-20, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| HOUSING & DEVELOPMENT | ) | |
| SOFTWARE, LLC, | ) | |
| | ) | |
| Counter-claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF SAN JOSE and ROES 1-10, | ) | |
| Counter-defendants. | ) | |
| | ) | |

1

1

## STIPULATION

2      WHEREAS, on January 15, 2008, the Court dismissed this case with prejudice subject to a

3  ninety day period for the parties to notify the court if the agreed upon consideration had not been

4  delivered; and

5      WHEREAS, this ninety-day period ends on April 16, 2008; and

6      WHEREAS, the Parties are continuing to refine the exact terms of the agreement to be

7  entered into as consideration for the settlement of this matter;

8      THEREFORE, the Parties hereby jointly stipulate, agree and request of the Court that the

9  deadline for either party to notify the court if the agreed upon consideration has not been

10  delivered be extended an additional ninety days to July 15, 2008.

11

12

13  Dated:   April 2, 2008                    RICHARD DOYLE, City Attorney

14

15                                           By:   /s/ Robert Fabela

16                                               ROBERT FABELA
                                                 Sr. Deputy City Attorney
17

18                                               Attorneys for Plaintiff and Counter-defendant
                                                 CITY OF SAN JOSE
19

20  Dated:   April 2, 2008
                                             GREENAN, PEFFER, SALLANDER & LALLY LLP
21

22

23                                           By:   /s/ Canon Young

24                                               CANON YOUNG

25                                               Attorneys for Defendant and Counter-claimant
26                                               HOUSING & DEVELOPMENT
                                                 SOFTWARE, LLC
27

28

2

1    ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

2        I attest that concurrence in the filing of this document by the signatories, Robert Fabela

3    and Canon Young, has been obtained, and that a record of the concurrence shall be maintained at

4    Greenan, Peffer, Sallander & Lally.

5    Date:  April 2, 2008

6                                                     By:____/s/ Canon Young_____

7                                                            CANON T. YOUNG

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                                                                        C04-05140 JF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, | Case Number: C04-05140 JF |
| Plaintiff, | **[PROPOSED] ORDER TO EXEND THE DEADLINE TO NOTIFY THE COURT OF FAILURE TO DELIVER CONSIDERATION** |
| vs. | |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive, | |
| Defendants. | |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, | |
| Counter-claimant, | |
| vs. | |
| CITY OF SAN JOSE and ROES 1-10, | |
| Counter-defendants. | |

The Parties' stipulation and request to continue the deadline to notify the court the agreed upon consideration has not been delivered is hereby granted.  The deadline is now extended ninety (90) days from the original deadline to July 15, 2008.

IT IS SO ORDERED.

Date:  April 9 , 2008

_____
JEREMY FOGEL
United States District Judge

4