**E-filed 8/8/08**

Robert L. Sallander Jr. (SBN 118352)
Canon T. Young (SBN 189142)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: (925) 866-1000
Facsimile: (925) 830-8787

Attorneys for Defendant and Counter-Claimant HOUSING & DEVELOPMENT SOFTWARE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>Counter-claimant,<br><br>vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br>Counter-defendants. | Case No. C04-05140 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND PRE-TRIAL SCHEDULE**<br>AND CONTINUING CASE MANAGEMENT CONFERENCE TO 2/9/09 |

Pursuant to the Court's Order at the July 25, 2008 case management conference, the parties have met and conferred regarding a date and pre-trial schedule. The parties agree and stipulate that the following trial date and pre-trial schedule is appropriate for this case.

| | |
|---|---|
| Non-expert discovery cut-off | Tuesday, December 2, 2008 |
| Mutual exchange of expert reports | Tuesday, January 6, 2009 |
| Expert discovery cut-off | Tuesday, January 27, 2009 |

Greenan,
Peffer,
Sallander &
Lally LLP

1

STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND PRE-TRIAL SCHEDULE

| 1 | Joint pre-trial statement due | Tuesday, February 10, 2009 |
|---|---|---|
| 2 | Pre-trial conference | Friday, February 20, 2009 |
| 3 | Trial | March 6, 2009 |

Dated: July 31, 2008

GREENAN, PEFFER, SALLANDER & LALLY, LLP

_____
Robert L. Sallander, Jr.
Canon T. Young
Attorneys for Defendant and Counter-Claimant
HOUSING & DEVELOPMENT SOFTWARE, LLC

Dated: July 31, 2008

RICHARD DOYLE, City Attorney

_____
ROBERT FABELA
Sr. Deputy City Attorney
Attorneys for Plaintiff and Counter-Defendant
CITY OF SAN JOSE

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Robert Fabela and Canon Young, has been obtained, and that a record of the concurrence shall be maintained at Greenan, Peffer, Sallander & Lally.

Date: July 31, 2008

By: /s/ Canon Young
CANON T. YOUNG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case Number: C04-05140 JF<br><br>[~~PROPOSED~~] ORDER SETTING TRIAL DATE AND PRE-TRIAL SCHEDULE |
| HOUSING & DEVELOPMENT SOFTWARE, LLC,<br><br>　　　　Counter-claimant,<br><br>vs.<br><br>CITY OF SAN JOSE and ROES 1-10,<br><br>　　　　Counter-defendants. | |

Pursuant to the Parties' stipulation, the following schedule shall now apply:

| | |
|---|---|
| Non-expert discovery cut-off | Tuesday, December 2, 2008 |
| Mutual exchange of expert reports | Tuesday, January 6, 2009 |
| Expert discovery cut-off | Tuesday, January 27, 2009 |
| Joint pre-trial statement due | Tuesday, February 10, 2009 |
| Pre-trial conference | Friday, February 20, 2009 |

Greenan,
Peffer,
Sallander &
Lally LLP

4

**STIPULATION AND [PROPOSED] ORDER SETTING TRIAL DATE AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Trial | March 6, 2009 |

Case Management Conference is continued to 2/9/09 at 10:30 AM.

IT IS SO ORDERED.

Date: August 8 , 2008

_____
JEREMY FOGEL
United States District Judge