**E-Filed 2/24/09**

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  ROBERT FABELA, Sr. Deputy City Attorney (#148098)
   Office of the City Attorney
3  200 E. Santa Clara Street, 16th Floor
   San Jose, California 95113
4  Telephone: (408) 535-1909

5  Attorneys for Plaintiff and Counter-Defendant
   CITY OF SAN JOSE
6
   ROBERT L. SALLANDER JR., (#118352)
7  CANON T. YOUNG, (#189142)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
8  6111 BOLLINGER CANYON ROAD, SUITE 500
   SAN RAMON, CA  94583-0010
9  PHONE: (925) 866-1000
   FAX: (925) 830-8787
10
   Attorneys for Defendant and Counter-Claimant
11 HOUSING AND DEVELOPMENT SOFTWARE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, | Case Number:  C04-05140 JF |
| Plaintiff, | |
| vs. | **JOINT CASE MANAGEMENT STATEMENT AND** ~~PROPOSED~~ **ORDER** |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, and DOES 1-20, inclusive, | |
| Defendants. | |
| HOUSING & DEVELOPMENT SOFTWARE, LLC, | |
| Counter-claimant, | |
| vs. | |
| CITY OF SAN JOSÉ, and ROES 1-10, | |
| Counter-defendants. | |

On January 23, 2009, the parties jointly submitted a Case Management Statement and Proposed Order, which the Court adopted on January 26, 2009. Pursuant to Local Rule 16-2(d), the parties hereby jointly submit this Case Management Statement in order to report progress or changes since the last statement was filed.

**PROGRESS SINCE THE LAST STATEMENT WAS FILED**

In the last Case Management Statement jointly submitted by the parties, the parties reported that they had agreed to participate in a mediation on February 6, 2009 before Hon. Joseph F. Biafore. The parties did indeed participate in a full-day mediation on that date.

The parties were close to reaching an agreement, but the terms of the agreement could only be solidified upon further investigation and discovery into Defendant's financial condition. The parties require a short time to conclude that investigation, at which time they hope to be able to resolve this matter or else prepare for trial at that time.

**PROPOSAL RE: PRE-TRIAL SCHEDULE**

The parties disagree on the dates of a new trial in case this case cannot be settled. The City would like to have a trial set no later than June 2009, while HDS cannot agree to any dates before September 2009. As such, the parties have agreed that, after a reasonable time to complete a settlement in this matter, the parties should appear at a status review/trial setting conference in mid-April, 2009.

Respectfully Submitted,

Dated: February 20, 2009          RICHARD DOYLE, City Attorney

By:_____/s/_____
   ROBERT FABELA

Attorneys for Plaintiff and Counter-Defendant
CITY OF SAN JOSE

Dated: February 20, 2009          GREENAN, PEFFER, SALLANDER & LALLY, LLP

By:_____/s/_____
   CANON YOUNG

Attorneys for Defendant and Counter-Claimant
HOUSING & DEVELOPMENT SOFTWARE, LLC

-2-

| | |
|---|---|
| 1 | |
| 2 | **SIGNATURE ATTESTATION** |
| 3 | I hereby attest that concurrence in the filing of the document has been obtained from |
| 4 | each of the other signatories, which shall serve in lieu of their signature(s) on the document. |
| 5 | |
| 6 | /s/ ROBERT FABELA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to appear at a status review/trial setting conference on April 24, 2009 at 10:30 a.m. The Case Management Conference set for March 6, 2009 is VACATED.

Dated: 2/23/09 , 2009

_____
Hon. Jeremy Fogel
U.S. District Judge